U.S. District Courts         May 20, 2020
District of Connecticut

James Peña         3:19-cv-124-KAD

V

Aldi Et Al

## Notice of Motion for Default Judgment

To Defendants.

Please take noticed that plaintiff will make application to the Court, at room united states court house [District of Connecticut] on [Date] at [Time] or as soon thereafter as he may be heard, for entry of a default Judgement in favor of the plaintiff and against you for 100,000.00 $

May 20, 2020

James Peña

287 Bilton Rd

Somers CT 06071

Northern C.I.

May 19 2020

\* United State District Court \*
\* District of Connecticut \*

James Peña

v.                                3:19-CV-00124-KAD

Aldi Et.Al

## Request for Entry of Default

To: Clerk of the Court for the District of Connecticut.

You will Please enter the default of Defendants Repersented by attorny Lisa Maria Proscino for failure to ~~Repersentation~~ file the Summary Jugdement ordered from the Courts by 5-19-20, Provided by the Fed-Rules. Civ. P as appears from the attached declaration of James Peña.

May 19 2020

James Peña

287 Bilton Rd P.O Box 665

Somers CT 06071

Northern C.I.

May 20, 2020

U.S. District Court
District of Connecticut

James Peña

v.                                    3:19-CV-00124-KAD

Aldi, ET AL

Declaration in Support of Entry of Default

Plaintiff James Peña states:

1. I am the Pro se Plaintiff in the above entitled Matter

2. All Defendants was served with a copy of the summons and Complaint a little over a year ago as it appears from the proof of service on file.

3. The Defendant has serve and filed there answers and response as it appear on Service and files.

4. 210 days has past, And the defendant filed an extention of time in which the Plaintiff agreed around app: Jan 16 2020 as it appears on file.

5. After the approve 60 day extention, which was over around 3/19/20, the defendants filed another extention of time without consulting the Plaintiff.

6. On 3/19/20 the Motion filed then was granted, and the courts extended another 60 days which is due May 19 2020. Defendants had More then enough time to file.

7. No summary Judgement has been filed for the case of 3:19-CV-00124-KAD

8. Plaintiff asked the Judge or Clearks to grant Default Judgement.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

May 20 2020
James Peña
287 Bilton Rd P.O. Box 665
Somers CT 06071
Northern C.I.

\* US District Courts \*  May 20, 2020

\* District of Connecticut \*

James Peña                                        3:19-CV-124-KAD

V.

Aldi Et Al

### Request for Entry of Default Judgment

To: Clerk of the Courts

Plaintiff ~~pro se~~ James Peña Request that you enter Jugdment in default base upon the attach declaration against defendants Repersented by Lisa Maria Prisciao in the above-entitled Matter for $100,000.00 plus interest at the rate of 6% and cost.

May 20, 2020

James Peña

287 Bilton Rd P.O Box 665

Somers Ct 06071

Northern C.I.

\* U.S. District Courts \*  May 20, 2020
\* District of Connecticut \*

James Peña                                3:19-CV-00124-KAD

v

Aldi, et al

## Declaration as To Military Service

James Peña states:

1. I am the pro se plaintiff in the above entitled matter. I make this declaration pursuant to the requirements of the Soldiers and Sailors Civil Relief Act. 50 U.S.C Appendix § 520.

2. The Defendants are being Represented by attorney general Lisa Maria Prisciano.

3. Base on the fact, the plaintiff is convinced that none of the defendants are in the Military service of the U.S. Pursuant to 28 U.S.C §1746, I declare under penalty of perjury that the foregoing is true and correct.

May 20, 2020
James Peña
287 Bilton Rd
Somers CT 06071
Northern C.I.

SCANNED at and Emailed 5/20/2020 by Q. 5 pages